FILED

2006 OCT 25 AM 8:44

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN E. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br><br> ALEJANDRO OSUNA-MENDOZA (5), <br><br> Defendants. | CASE NO.  06-CR-1708-005-H <br><br> ORDER AUTHORIZING ADDITIONAL INVESTIGATOR SERVICES |

On reading the ex-parte application for additional investigative expenses and good cause appearing therefore:

IT IS HEREBY ORDERED that additional investigator expenses are authorized to be paid to Ricardo Madueno, Investigator, in connection with this matter, not to exceed, the sum of $1100.00, making a total authorization to date, not to exceed, the sum of $1600.00.

IT IS FURTHER ORDERED that the application in support of this Order be sealed. This Order shall not be sealed.

October 23, 2006

By: _____
Honorable Marilyn E. Huff
United States District Court Judge

UNITED STATES v. OSUNA-MENDOZA
CASE NO. 06-CR-1708-005-H