```
                              FILED
                          2006 OCT 25  AM 8:45
                          CLERK US DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA

                          BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN E. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALEJANDRO OSUNA-MENDOZA (5),<br><br>　　　　　Defendant | CASE NO.   06-CR-1708-005-H<br><br>ORDER AUTHORIZING<br>ADDITIONAL INVESTIGATOR<br>SERVICES |

On reading the ex-parte application for additional investigative expenses and good cause appearing therefore:

IT IS HEREBY ORDERED that additional investigator expenses are authorized to be paid to Ricardo Madueno, Investigator, in connection with this matter, not to exceed, the sum of $1100.00, making a total authorization to date, not to exceed, the sum of $1600.00.

IT IS FURTHER ORDERED that the application in support of this Order be sealed. This Order shall not be sealed.

October 25, 2006　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Honorable Marilyn L. Huff
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

UNITED STATES OF AMERICA vs. OSUNA-MENDOZA
CASE NO. 06-CR-1708-005-H

UNITED STATES OF AMERICA vs. OSUNA-MENDOZA
CASE NO. 06-CR-1708-005-H